ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Rockford Corporation | ) ASBCA No. 63302 |
| | ) |
| Under Contract No. W912WJ-21-C-0009 | ) |

APPEARANCES FOR THE APPELLANT:     Jonathan A. DeMella, Esq.
                                   Anne Marie Tavella, Esq.
                                     Davis Wright Tremaine LLP
                                     Anchorage, AK

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Theresa A. Negron, Esq.
                                     Engineer Trial Attorney
                                     U.S. Army Engineer District, New England

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 14, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63302, Appeal of Rockford Corporation, rendered in conformance with the Board's Charter.

Dated:  October 14, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals